UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § | Case No. 2:16-cv-00002-JRG-RSP |
| v. | § § | |
| GOOGLE INC., | § § | |
| Defendant. | § § | |

| | | |
|---|---|---|
| MOBILE TELECOMMUNICATIONS TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § | Case No. 2:15-cv-2122-JRG-RSP |
| v. | § § | |
| MICROSOFT CORPORATION, | § § | |
| Defendant. | § § | |

**ORDER OF DISMISSAL**

On this day, the Court considered the Joint Motion to Dismiss filed by Plaintiff Mobile Telecommunications Technologies, LLC ("MTel") and Defendant Microsoft Corp. ("MSFT"), and finding that the motion has merit, hereby GRANTS the motion and ORDERS as follows:

1. All claims asserted by MTel against MSFT and all counterclaims asserted by MSFTM against MTel are hereby DISMISSED WITH PREJUDICE.

2. All attorneys' fees, costs of court and expenses shall be borne by the incurring party.

3. The Court retains jurisdiction over this action to enforce the terms of the settlement agreement.

**SIGNED this 27th day of December, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE